# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-2656
Lower Tribunal No. 2020-CF-001264

_____

JASON F. DEPRETIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Charlotte County.
Lisa S. Porter, Judge.

November 4, 2025

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and MIZE, JJ., concur.


Jason F. Depretis, Lowell, pro se.

James Uthmeier, Attorney General, Tallahassee, and Marilyn Frances Muir, Chief Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED